### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02451-RPM-KLM

JON SUTTON,

    Plaintiff,

v.

APELLES, LLC, an Ohio limited liability company,

    Defendant.

---

### ORDER DISMISSING CASE WITH PREJUDICE

---

THE COURT having reviewed the Stipulation of Dismissal with Prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) and being fully advised in the premises, DOES HEREBY ORDER that this case is Dismissed with Prejudice, with each party to pay his or its own attorney's fees and costs.

                          BY THE COURT:

December 2nd, 2010          s/Richard P. Matsch
_____      _____
DATE                           Richard P. Matsch, Senior District Judge